Stoll, Circuit Judge, with whom Newman, Moore, O’Malley, Reyna, and Wallach, Circuit Judges, join, concurring in the denial of rehearing en banc.
Dyk, Circuit Judge, with whom Hughes, Circuit Judge, joins, dissenting from the denial of rehearing en banc.
Moore, Circuit Judge, with whom Chen, Circuit Judge, joins, concurring in the denial of panel rehearing.
ORDER
PER CURIAM.
Appellants EVE-USA, Inc., Synopsys Emulation and Verification S.A.S., and Sy-nopsys, Inc. filed a petition for rehearing en banc. A response to the petition was invited by the court and filed by the cross-appellant Mentor Graphics Corporation. Two motions for leave to file amici curiae briefs were also filed and granted by the court.
The petition, response, and briefs of am-ici curiae were referred to the panel that heard the appeal, and thereafter were referred to the circuit judges who are in regular active service. A poll was requested, taken, and failed.
Upon consideration thereof,
IT IS ORDERED THAT:
The petition for panel rehearing is denied.
The petition for rehearing en banc is denied.
The mandate of the court will be issued on September 8, 2017.